UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



**FILED**

SEP 11 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:23cr500-1-CEF |
| Plaintiff, | ) ) | Judge Fleming |
| vs. | ) ) | **WAIVER OF DETENTION** |
| NATHANIEL L. STURDIVANT, | ) ) | **HEARING AND ORDER** |
| Defendant. | ) ) | Magistrate Judge Knapp |

NATHANIEL L. STURDIVANT, the above named defendant, accused of having violated Title 18, U.S.C., Sections 1349, 1343, 1341, and 1028A(a)(1), advised of the nature of the charge and of his rights, and under advice of counsel, waives his right to a detention hearing and consents that he be held without bail pursuant to Title 18, U.S.C., Section 3142 (e) and (i), reserving the right to revisit the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
Amanda M. Knapp
U.S. Magistrate Judge

Date: 9/11/2023